FILED
2019 AUG 28  PM 12: 22
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT IN THE MIDDLE DISTRICT OF FLORIDA

Plaintiff(s), Gregory Phillips IND/& obo Jeremy Drinkwater (a person with disabilities)

vs. Case No. 8:19-CV-2154-T-30SPF

DEMAND FOR JURY TRIAL

YES  x   NO____

Defendant(s). April ~~Rinehart~~ Miller Ind/ and Professional compacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment in the last three years?

x Yes

☐ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

1. Parties to the previous lawsuit:

Plaintiffs: Gregory Phillips

Defendants: April Miller

2. Court (If federal court, name the district. If state court, name the state and county.):

3. Case Number: 19CA1843

4. Name of judge assigned to the case: Edward L. Scott

5. Cause of action : pursuant to Florida Statute **95.11** (2012),

6. Disposition or final determination of the Pending

7. Approximate date of filing the lawsuit: 8/12/2019

8. Approximate date of disposition or final determination of the lawsuit: N/A

## IV. STATEMENT OF THE CLAIM

On or about May 20 2019, April Miller violated Phillips & Drinkwater's Due Process rights when she fired Phillips for good cause under the Florida at will common law governing employment in the State of Florida. Phillips initiated an a appeal with Pilot's H N R office. They terminated Phillips appeal and

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

began covering up Miller's actions. Miller, Phillips and Drinkwater entered into an employment contract on about May 16 2016. Miller exchanged sexual favors for her position. Phillips was unaware when he entered into the contract.

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B. Name:

Official Position: GSM for Pilot Corp.

Employer's Address: <u>4032 W Highway 326, Ocala, FL 34482</u>

Additional Defendants: at a later date

and continue to letter the paragraphs consecutively.

V. REQUEST FOR RELIEF

Phillips & Drinkwater seek $50,000 in immediate loss of income and $650,000 in compensatory damages for future earning destroyed.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

8495 SW. 151 ST. PL
Dunnellon, FL
34432
727-268-4468

Signed this day of , 20

Signature(s) of Plaintiff(s)